IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 25  A 11: 22

| | |
|---|---|
| TOMMY JONES AND DIANNE JONES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITIFINANCIAL MORTGAGE COMPANY, )<br>INC.; ASSOCIATES FINANCIAL SERVICES )<br>COMPANY OF ALABAMA, INC.; )<br>CITIFINANCIAL CORPORATION 216, LLC; )<br>Defendants A, B, And C, intending to designate )<br>that person, firm, or corporation commonly )<br>known as and doing business as (or formerly )<br>doing business as) CitiFinancial Mortgage )<br>Company, Inc., Associates Financial Services )<br>Company of Alabama, Inc., and/or CitiFinancial )<br>Corporation 216, LLC; Defendants D, E, and F, )<br>intending to designate that person, firm, or )<br>corporation which is successor or assign of any of )<br>the above-named Defendants and which is the )<br>holder or assignee of the promissory note, )<br>extension agreement, or mortgage from the )<br>Plaintiffs, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 2:06CV850-MHT |

**STATEMENT IN COMPLIANCE WITH FRCP 7.1**

**COME NOW** Defendants CitiMortgage, Inc. (successor by merger to CitiFinancial Mortgage Company, Inc.) and CitiFinancial Corporation, LLC (successor by merger to CitiFinancial Corporation 216, LLC successor by merger to Associates Financial Services Company of Alabama, Inc.) (collectively "Defendants"), and state that the only publicly-held corporation that owns more than 10% of Defendants is Citigroup Inc.

1501396

Respectfully submitted,

_____
Reid S. Manley(MAN039)
Alan D. Leeth (LEE038)

Attorneys for Defendants
CITIMORTGAGE, INC. AND CITIFINANCIAL
CORPORATION, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to the below-listed address through first-class, United States mail, postage prepaid, on this the 22ND day of September, 2006:

Calvin Poole, III, Esq.
Poole & Poole
P.O. Box 308
Greenville, Alabama 36037
(334) 382-3123

Kenneth J. Mendelsohn, Esq.
Jemison & Mendelsohn, P.C.
P.O. Box 241566
Montgomery, Alabama 36124
(334) 213-2323

_____
OF COUNSEL

1501396                                     2