IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TOMMY JONES AND DIANNE JONES,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | )  CIVIL ACTION NO. 2:06CV850-MHT |
| **CITIFINANCIAL MORTGAGE COMPANY, INC., ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on the 18th day of October, 2006, and was attended by Kenneth J. Mendelsohn, Esq., attorney for plaintiffs Tommy and Dianne Jones (collectively "Plaintiffs"), and by Alan D. Leeth, Esq., attorney for Defendants CitiMortgage, Inc. (successor by merger to CitiFinancial Mortgage Company, Inc.) and CitiFinancial Corporation, LLC (successor by merger to CitiFinancial Corporation 216, LLC successor by merger to Associates Financial Services Company of Alabama, Inc.) (collectively "Defendants").

2.  Pre-Discovery Disclosures.  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty (20) days of the filing of this report.

3.  Discovery Plan.  The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects: Plaintiffs' claims and Defendants' defenses.

    b.  All discovery commenced in time to be completed by June 1, 2007.

1510397

    c.    Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

    d.    Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

    e.    Maximum of 6 deposition by plaintiffs and 6 by defendants.

    f.    Each deposition is limited to maximum of 7 hours unless extended by agreement of parties.

    g.    Reports from retained experts under Rule 26(a)(2) due:

        from plaintiffs by March 2, 2007

        from defendant by April 2, 2007

        Supplementations under Rule 26(e) due May 2, 2007.

4. Other Items.

    a.    The parties do not request a conference with the court before entry of the scheduling order.

    b.    The parties request a pretrial conference in June, 2007.

    c.    Plaintiffs should be allowed until December 8, 2006 to join additional parties and amend the pleadings.

    d.    Defendant should be allowed until January 8, 2007 to join additional parties and amend the pleadings.

    e.    All potentially dispositive motions should be filed by no later than 90 days prior to the pretrial conference date.

    f.    Settlement cannot currently be evaluated.

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

        from plaintiffs by May 1, 2007

        from defendant by May 15, 2007

    h.    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    i.    The case should be ready for trial by July 23, 2007, and at this time is expected to take approximately two (2) days.

1510397

Respectfully submitted,


s/ Alan D. Leeth
Reid S. Manley (MAN039)
Alan D. Leeth (LEE038)

Attorneys for Defendants
CITIMORTGAGE, INC. AND CITIFINANCIAL
CORPORATION, LLC


**OF COUNSEL:**

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000



s / Kenneth J. Mendelsohn
Kenneth J. Mendelsohn

Attorney for Plaintiffs
TOMMY AND DIANNE JONES


**OF COUNSEL:**

JEMISON & MENDELSOHN, P.C.
P.O. Box 241566
Montgomery, Alabama 36124
(334) 213-2323

Calvin Poole, III, Esq.
POOLE & POOLE
P.O. Box 308
Greenville, Alabama 36037
(334) 382-3123

1510397