IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TOMMY JONES AND DIANNE JONES,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06CV850-MHT |
| **CITIFINANCIAL MORTGAGE COMPANY, INC., ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** Defendants CitiMortgage, Inc. (successor by merger to CitiFinancial Mortgage Company, Inc.) and CitiFinancial Corporation, LLC (successor by merger to CitiFinancial Corporation 216, LLC successor by merger to Associates Financial Services Company of Alabama, Inc.) and Plaintiffs Tommy Jones and Dianne Jones (collectively "Plaintiffs") and jointly request this Court to dismiss each claim and count therein asserted by Plaintiffs, with prejudice, and to tax costs as paid.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly pray that the Court will enter an Order dismissing the above-styled action with prejudice.

Dated this 7th day of March, 2007            Dated this 7th day of March, 2007


s. Alan D. Leeth                                                s/ Calvin Poole, III
Reid S. Manley (MAN039)                         Calvin Poole, III, Esq.
Alan D. Leeth (LEE038)                              Attorney for Plaintiffs
Attorneys for Defendant

                                                                     POOLE & POOLE
BURR & FORMAN LLP                              P.O. Box 308
420 North 20th Street, Suite 3100           Greenville, Alabama 36037
Birmingham, Alabama 35203                 (334) 382-3123
(205) 251-3000


1549204

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TOMMY JONES AND DIANNE JONES,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06CV850-MHT |
| **CITIFINANCIAL MORTGAGE COMPANY, INC., ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### ORDER

Having considered the parties' *Joint Stipulation for Dismissal* dismissing each claim and count therein asserted by Plaintiffs, with prejudice, the Court hereby finds that the *Joint Stipulation for Dismissal* is **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled action is dismissed with prejudice, costs taxed as paid.

**SO ORDERED** this the ____ day of _____, 2007.

---
UNITED STATES DISTRICT JUDGE

1549866