**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TOMMY JONES AND DIANNE JONES,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06cv850-MHT |
| **CITIFINANCIAL MORTGAGE COMPANY, INC., ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

Having considered the parties' *Joint Stipulation for Dismissal* (doc. no. 7) dismissing each claim and count therein asserted by Plaintiffs, with prejudice, the Court hereby finds that the *Joint Stipulation for Dismissal* is **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled action is dismissed with prejudice, costs taxed as paid.

**SO ORDERED** this the 8th day of March, 2007.

                                                          /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE